1  Michael R. Kealy (NSBN 0971)
   Sarah Ferguson (NSBN 14515)
2  Jake T. Herzik (NSBN 16340)
   PARSONS BEHLE & LATIMER
3  50 West Liberty Street, Suite 750
   Reno, Nevada 89501
4  Telephone: 775.323.1601
   Email: mkealy@parsonsbehle.com
5         sferguson@parsonsbehle.com
          jward-herzik@parsonsbehle.com
6
   *Attorney for Defendants*
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 TAKENOBU MATSUGISHI, an individual;        Case No. 2:24-cv-01840-JAD-MDC
   HITOMI MATSUGISHI, an individual,
11
                Plaintiffs,
12                                            **STIPULATION AND [PROPOSED]
            vs.                               ORDER EXTENDING DEFENDANTS'
13                                            TIME TO FILE RESPONSIVE
                                              PLEADING TO AMENDED COMPLAINT**
14 PETER CHEN, an individual; JAMES YUH-
   TYNG CHEN, as an individual and as the     **(First Request)**
15 trustee of BV TRUST; Hb5 HOLDINGS, LLC,
   a Delaware limited liability company; and
16 BELL VENTURES, INC., a Nevada
   corporation, inclusive,
17
                Defendant.
18

19      Plaintiffs Takenobu Matsugishi, an individual, and Hitomi Matsugishi, an individual

20 ("Plaintiffs") and Defendants Peter Chen, an individual, James Yuh-Tyng Chen, as an individual

21 and as the trustee of BV Trust, Hb5 Holdings, LLC, a Delaware limited liability company, and

22 Bell Ventures, Inc., a Nevada corporation, (collectively "Defendants"), by and through their

23 undersigned counsel of record, hereby stipulate to a one (1) week extension of Defendants'

24 deadline to file a responsive pleading to Plaintiffs' Amended Complaint [ECF No. 13] from its

25 current deadline of **December 13, 2024** to and including **December 20, 2024** to accommodate

26 counsel's schedules over the holidays.

27 / / /

28 / / /

PARSONS
BEHLE &
LATIMER

1    The foregoing request is made in good faith and not for purposes of delay.

2    Dated this 3rd day of December, 2024.        Dated this 3rd day of December, 2024.

3    LEWIS ROCA ROTHGERBER                        PARSONS BEHLE & LATIMER
     CHRISTIE LLP

4

5    By:  */s/ John E. Bragonje*                  By:  */s/ Sarah Ferguson*
           E. Lief Reid (NSBN 5750)                     Michael R. Kealy (NSBN 0971)
6          John E. Bragonje (NSBN 9519)                 Sarah Ferguson (NSBN 14515)
           Christian T. Spaulding (NSBN 14277)          Jake T. Herzik (NSBN 16340)
7          3993 Howard Hughes Parkway, Ste 600          50 West Liberty Street, Suite 750
           Las Vegas, NV  89169                         Reno, Nevada 89501
8          Telephone:  (702) 474-2625                   Telephone:  (775) 323-1601
           LReid@lewisroca.com                          mkealy@parsonsbehle.com
9          JBragonje@lewisroca.com                      sferguson@parsonsbehle.com
           CSpaulding@lewisroca.com                     jward-herzik@parsonsbehle.com

10
     *Attorneys for Plaintiffs*                    *Attorney for Defendants*
11

12

13

14

15                                               IT IS SO ORDERED.

16

17                                               _____
                                                 Hon. Maximiliano D. Couvillier III
                                                 United States Magistrate Judge

18                                               DATED: 12/6/2024

19

20

21

22

23

24

25

26

27

28