E. Leif Reid, Bar No. 5750
John E. Bragonje, Bar No. 9519
Christian T. Spaulding, Bar No. 14277
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.474.2625
LReid@lewisroca.com
JBragonje@lewisroca.com
CSpaulding@lewisroca.com

*Attorneys for Plaintiffs Takenobu and Hitomi Matsugishi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Takenobu Matsugishi, an individual; Hitomi Matsugishi, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Peter Chen, an individual; James Yuh-Tyng Chen, as an individual and as the trustee of BV Trust; Hb5 Holdings, LLC, a Delaware limited liability company; and Bell Ventures, Inc., a Nevada corporation inclusive, <br><br> Defendants. | Case No. 2:24-cv-01840-JAD-MDC <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE; ORDER VACATING HEARING** <br><br> ECF No. 23 |

Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs"), by and through their counsel of record, the law firm Lewis Roca Rothgerber Christie LLP, and Defendants Peter Chen, James Yuh-Tyng Chen, Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively "Defendants") by and through their counsel of record, the law firm Parsons Behle & Latimer, hereby stipulate to a two-week extension of Plaintiffs' deadline to file Opposition to Motion to Dismiss [ECF No. 20] from its current deadline to **January 17, 2024** and a one-week extension for Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss from its current deadline to **January 31, 2025,** to accommodate counsels' schedules over the holidays.

/ / /

/ / /

/ / /

127053169.1

The forgoing request is made in good faith and not for purposes of delay.

Dated this 26th day of December, 2024.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By: */s/ John E. Bragonje*
E. Lief Reid (NSB 5750)
John E. Bragonje (NSB 9519)
Christian T. Spaulding (NSB 14277)
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169
Telephone: (702) 474-2625
LReid@lewisroca.com
JBragonje@lewisroca.com
CSpaulding@lewisroca.com

*Attorneys for Plaintiffs*

Dated this 26th day of December, 2024.

PARSONS BEHLE & LATIMER

By: */s/ Sarah Ferguson*
Michael R. Kealy (NSB 0971)
Sarah Ferguson (NSB 14515)
Jake T. Herzik (NSB 16340)
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
mkealy@parsonsbehle.com
sferguson@parsonsbehle.com
jward-herzik@parsonsbehle.com

*Attorney for Defendants*

## Order

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS ORDERED that the briefing deadlines are extended; the opposition to the motion to dismiss [ECF No. 20] is due January 17, 2025, and the reply brief is due January 31, 2025.

IT IS FURTHER ORDERED sua sponte that the hearing on the motion to dismiss, currently scheduled for February 10, 2025, is VACATED. The court will reassess whether a hearing will be helpful after the motion is fully briefed.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED  January 7, 2025

127053169.1

- 2 -