E. Leif Reid, Bar No. 5750
John E. Bragonje, Bar No. 9519
Christian T. Spaulding, Bar No. 14277
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398
Lief.Reid@wbd-us.com
John.Bragonje@wbd-us.com
Christian.Spaulding@wbd-us.com

*Attorneys for Plaintiffs Takenobu and Hitomi Matsugishi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Takenobu Matsugishi, an individual; Hitomi Matsugishi, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Peter Chen, an individual; James Yuh-Tyng Chen, as an individual and as the trustee of BV Trust; Hb5 Holdings, LLC, a Delaware limited liability company; and Bell Ventures, Inc., a Nevada corporation inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-01840-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**[First Request]**<br><br>ECF No. 33 |

　　　　Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs"), by and through their counsel of record, the law firm Womble Bond Dickinson (US) LLP, and Defendants Peter Chen, James Yuh-Tyng Chen, Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively "Defendants"), by and through their counsel of record, the law firm of Parsons Behle & Latimer, hereby stipulate to an extension of Plaintiffs' deadline to file a Reply in Support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 24] from its current deadline of January 28, 2025 to February 14, 2025 to accommodate the schedule of counsel.

127306640.1



1  The forgoing request is made in good faith and not for purposes of delay.

2  Dated this 28th day of January, 2025           Dated this 28th day of January, 2025.

3  WOMBLE BOND DICKINSON (US) LLP              PARSONS BEHLE & LATIMER

5  By: /s/ Christian Spaulding                               By: /s/ Sarah Ferguson
   E. Leif Reid, Bar No. 5750                               Michael R. Kealy (NSB 0971)
6  John E. Bragonje, Bar No. 9519                           Sarah Ferguson (NSB 14515)
   Christian T. Spaulding, Bar No. 14277                    Jake T. Herzik (NSB 16340)
7  3993 Howard Hughes Parkway, Suite 600                    50 West Liberty Street, Suite 750
   Las Vegas, NV  8916                                      Reno, Nevada 89501
8  Lief.Reid@wbd-us.com                                     Telephone: (775) 323-1601
   John.Bragonje@wbd-us.com                                 mkealy@parsonsbehle.com
9  Christian.Spaulding@wbd-us.com                           sferguson@parsonsbehle.com
                                                            jward-herzik@parsonsbehle.com
10 *Attorneys for Plaintiffs Takenobu and Hitomi
   Matsugishi*                                              *Attorney for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS ORDERED that the deadline to file the reply in support of the motion for preliminary injunction [ECF No. 24] is extended to February 14, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 1/28/25

127306640.1                                    - 1 -