1  Michael R. Kealy (NSBN 0971)
   Sarah Ferguson (NSBN 14515)
2  Jake T. Herzik (NSBN 16340)
   PARSONS BEHLE & LATIMER
3  50 West Liberty Street, Suite 750
   Reno, Nevada 89501
4  Telephone: (775) 323-1601
   Email: mkealy@parsonsbehle.com
5          sferguson@parsonsbehle.com
           jherzik@parsonsbehle.com
6
7  *Attorney for Defendants*

8                UNITED STATES DISTRICT COURT
9                    DISTRICT OF NEVADA

10  TAKENOBU MATSUGISHI, an individual;      Case No. 2:24-cv-01840-JAD-MDC
    HITOMI MATSUGISHI, an individual,
11
              Plaintiffs,
12
         vs.                                  **STIPULATION TO STAY DISCOVERY**
13                                            **AND ORDER**

14  PETER CHEN, an individual; JAMES YUH-
    TYNG CHEN, as an individual and as the
15  trustee of BV TRUST; Hb5 HOLDINGS, LLC,
    a Delaware limited liability company; and
16  BELL VENTURES, INC., a Nevada
    corporation, inclusive,
17
              Defendant.
18

19       Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs") and

20  Defendants Peter Chen, James Chen (as an individual and as the trustee of Bellair Way BV

21  Trust), Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively, "Defendants") (each a "Party"

22  and collectively, the "Parties"), by and through their undersigned counsel of record, respectfully

23  submit this Stipulation to Stay Discovery and Proposed Order ("Stipulation").

24       1.    The Parties have proceeded in good faith by exchanging Rule 26 initial

25  disclosures, written discovery requests (including interrogatories, requests for admission, and

26  requests for production of documents), and by holding informal settlement conversations.

27  Discovery is presently set to end on May 29, 2026. Trial has not been set.

28       2.    Having conducted substantial fact investigation, the Parties would like to continue

PARSONS
BEHLE &
LATIMER

exploring the possible resolution of this matter.

3. Accordingly, and for good cause appearing, the Parties agree to stay the discovery and pre-trial deadlines in the Scheduling Order from Friday, November 21, 2025, to Wednesday, February 18, 2026 (90 days) (the "Stay").

4. The Parties agree to comply with the following settlement efforts during the Stay:

a. Plaintiffs will provide Defendants with a written settlement offer on or before Wednesday, December 10, 2025. Defendants will communicate their decision as to Plaintiffs' written settlement offer, including any counteroffer, in writing no later than ten (10) days after it is received.

b. If the Parties cannot resolve this matter after the initial exchange of written settlement offers, the Parties will submit the matter to a mutually agreed upon mediator. The Parties will cooperate in selecting a mediator and in scheduling the mediation proceedings, which shall take place by remote means on or before Wednesday, February 18, 2026, or as close as practicable to that date.

c. The Parties agree to conduct the mediation in good faith, and that all offers, conduct, and statements, whether oral or written, made during the mediation proceedings are confidential, privileged, and inadmissible for any purposes in any litigation, arbitration, or other proceedings involving the Parties relating. The Parties agree that the mediator's fees and expenses and the costs incidental to the mediation will be shared equally between the Parties.

5. If the Parties cannot resolve the matter by the end of the Stay, or if either Party terminates settlement negotiations by providing written notice of termination of settlement negotiations to the other Party, the Parties agree to file a Second Amended Joint Proposed Discovery Plan and Scheduling Order modifying discovery and pre-trial deadlines with the Court within ten (10) days of the end of the Stay or service of the written notice of termination of settlement negotiations, whichever comes first.

6. Additionally, Plaintiffs' outstanding discovery responses to Defendants' discovery requests will be due within fourteen (14) days of the end of the Stay or service of the written

1 notice of termination of settlement negotiations, whichever comes first.

2  7. The foregoing request is made in good faith and not for purposes of delay.

Dated this 3rd day of December, 2025.

Dated this 3rd day of December, 2025.

CLARK HILL PLLC

PARSONS BEHLE & LATIMER

By: /s/ E. Leif Reid
E. Leif Reid (NSBN 5750)
Kristen L. Martini (NSBN 11272)
1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, NV 89135
Telephone: (702) 862-8300
lreid@clarkhill.com
kmartini@clarkhill.com
-and-
John E. Bragonje (NSBN 9519)
Anona Su (NSBN 16140)
Womble Bond Dickinson (US) LLP
3993 Howard Hughes Parkway, Ste 600
Las Vegas, NV 89169
Telephone: (702) 474-2625
John.Bragonje@wbd-us.com
Anona.Su@wbd-us.com

By: /s/ Sarah Ferguson
Michael R. Kealy (NSBN 0971)
Sarah Ferguson (NSBN 14515)
Jake T. Herzik (NSBN 16340)
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
mkealy@parsonsbehle.com
sferguson@parsonsbehle.com
jherzik@parsonsbehle.com

*Attorney for Defendants*

*Attorneys for Plaintiffs*

## ORDER

The Parties shall file a Second Amended Joint Proposed Discovery Plan and Scheduling Order modifying discovery and pre-trial deadlines with the Court by no later than **February 28, 2026**, or within 10 days of service of the written notice of termination of settlement negotiations, whichever comes first.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2025