E. Leif Reid (NSBN 5750)
CLARK HILL
1700 Pavilion Center Dr.
Suite 500
Las Vegas, NV 89135
Tel: (702) 697-7523
Email: lreid@clarkhill.com

John E. Bragonje (NSBN 9519)
Anona Su (NSBN 16140)
WOMBLE BOND DICKINSON US LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2625
Email: John.Bragonje@wbd-us.com
        Anona.Su@wbd-us.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAKENOBU MATSUGISHI, an individual; HITOMI MATSUGISHI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PETER CHEN, an individual; JAMES YUH-TYNG CHEN, as an individual and as the trustee of BV TRUST; Hb5 HOLDINGS, LLC, a Delaware limited liability company; and BELL VENTURES, INC., a Nevada corporation, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01840-JAD-MDC <br><br> **SECOND STIPULATION TO STAY DISCOVERY AND ORDER** |

Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs") and Defendants Peter Chen, James Chen (as an individual and as the trustee of Bellair Way BV Trust), Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively, "Defendants") (each a "Party" and collectively, the "Parties"), by and through their undersigned counsel of record, respectfully submit this Stipulation to Stay Discovery and Proposed Order.

4938-2811-5060.1

1. This Court recently ordered a stay of discovery so that the Parties could engage in structured settlement discussions. (ECF No. 52, hereinafter the "Order").  This Order included a December 10, 2025, deadline by which the Plaintiffs were to make a written settlement offer, a December 22, 2025, deadline by which Defendants were to give a response or counteroffer, and a February 18, 2026, deadline by which the parties were to have conducted a mediation if the dispute was not resolved through the offer-exchange process.  (Order ¶ 4).  The Order further required that if the Parties were unable to resolve the matter, they would submit a Second Amended Joint Proposed Discovery Plan and Scheduling Order no later than February 28, 2026. (Order ¶5).

2. The Parties exchanged the settlement offers as contemplated by the Order. Specifically, Plaintiffs served a detailed, four-page written settlement offer on December 10, 2025; Defendants served a detailed, three-page written counteroffer on December 23, 2025; and Plaintiffs provided a new, five-page written settlement offer on February 12, 2026.  The Parties also conferred telephonically to discuss settlement on December 22, 2025, and January 20, 2026.

3. Plaintiff Takenobu Matsugishi was 73 years old at the time he filed the Second Amended Complaint, resides in Japan, and according to the Complaint does not speak English (*see* ECF No. 41, ¶¶ 17, 24). He has suffered a decline in his health since the time the Court's Order issued.  At times this has meant that the only communication between the Plaintiffs and their counsel has been through posted mail.  These conditions have slowed Plaintiffs' ability to exchange offers.

4. Notwithstanding this, the Parties feel that a potentially promising settlement dialogue has been opened and they wish to allow time and conditions for settlement discussions to fully mature.

5. Accordingly, and for good cause appearing, the Parties agree to an additional stay of the discovery and pre-trial deadlines in the Scheduling Order from Friday, November 21, 2025, to Wednesday, May 20, 2026 (180 days) (the "Stay").

6. In addition to their settlement efforts, the Parties have proceeded in good faith by exchanging Rule 26 initial disclosures, written discovery requests (including interrogatories, requests for admission, and requests for production of documents), Defendants have also responded

- 1 -

4938-2811-5060.1

to written discovery and produced numerous documents.

7.      Having conducted substantial fact investigation, the Parties would like to continue exploring the possible resolution of this matter.

8.      The Parties agree to comply with the following settlement efforts during the Stay:

a.      Defendants will make best efforts to communicate their decision as to Plaintiffs' February 12, 2026, written settlement offer, including any counteroffer, in writing within fourteen (14) days.

b.      If the Parties cannot resolve this matter after the further exchange of written settlement offers, the Parties will submit the matter to a mutually agreed upon mediator. The Parties will cooperate in selecting a mediator and in scheduling the mediation proceedings, which shall take place by remote means on or before Wednesday, May 6, 2026, or as close as practicable to that date.

c.      The Parties agree to conduct the mediation in good faith, and that all offers, conduct, and statements, whether oral or written, made during the mediation proceedings are confidential, privileged, and inadmissible for any purposes in any litigation, arbitration, or other proceedings involving the Parties. The Parties agree that the mediator's fees and expenses and the costs incidental to the mediation will be shared equally between the Parties.

9.      Notwithstanding the present agreement to mediate, either Party may terminate these settlement negotiations at any time by providing written notice of termination of settlement negotiations ("Termination Notice"). If the Parties cannot resolve the matter by the end of the Stay, or if either Party serves the other with a Termination Notice, the Parties agree to file a Second Amended Joint Case Conference Report and Proposed Scheduling Order modifying discovery and pre-trial deadlines with the Court within ten (10) days of the end of the Stay or service of the Termination Notice, whichever comes first.

10.     Additionally, Plaintiffs' outstanding discovery responses to Defendants' discovery requests will be due within fourteen (14) days of the end of the Stay or service of the Termination Notice, whichever comes first.

- 2 -

4938-2811-5060.1

The foregoing request is made in good faith and not for purposes of delay.

Dated this 18th day of February, 2026.

**CLARK HILL**

By:/s/ E. Leif Reid
    E. Leif Reid (NSBN 5750)
    1700 Pavilion Center Dr.m Suite 500
    Las Vegas, NV 89135
    Tel: (702) 697-7523
    lreid@clarkhill.com

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ John E. Bragonje
    John E. Bragonje (NSBN 9519)
    Anona Su (NSBN 16140)
    8488 Rozita Lee Avenue, Suite 400
    Las Vegas, NV 89113
    Tel: (702) 474-2625
    John.Bragonje@wbd-us.com
    Anona.Su@wbd-us.com

*Attorneys for Plaintiffs*

Dated this 18th day of February, 2026.

**PARSONS BEHLE & LATIMER**

By:/s/ Sarah Ferguson
    Michael R. Kealy (NSBN 0971)
    Sarah Ferguson (NSBN 14515)
    50 West Liberty Street, Suite 750
    Reno, Nevada 89501
    Tel: (775) 323-1601
    mkealy@parsonsbehle.com
    sferguson@parsonsbehle.com

*Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge


DATED: February 20, 2026

- 3 -

4938 2811 5060.1



WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113