womblebonddickinson.com

WOMBLE
BOND
DICKINSON

E. Leif Reid (NSBN 5750)
CLARK HILL
1700 Pavilion Center Dr.
Suite 500
Las Vegas, NV 89135
Tel: (702) 697-7523
Email: lreid@clarkhill.com

John E. Bragonje (NSBN 9519)
Anona Su (NSBN 16140)
WOMBLE BOND DICKINSON US LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2625
Email: John.Bragonje@wbd-us.com
        Anona.Su@wbd-us.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAKENOBU MATSUGISHI, an individual; HITOMI MATSUGISHI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER CHEN, an individual; JAMES YUH-TYNG CHEN, as an individual and as the trustee of BV TRUST; Hb5 HOLDINGS, LLC, a Delaware limited liability company; and BELL VENTURES, INC., a Nevada corporation, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01840-JAD-MDC <br><br><br> **THIRD STIPULATION TO STAY DISCOVERY AND ORDER** |

Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs") and

Defendants Peter Chen, James Chen (as an individual and as the trustee of Bellair Way BV Trust),

Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively, "Defendants") (each a "Party" and

collectively, the "Parties"), by and through their undersigned counsel of record, respectfully submit

this Stipulation to Stay Discovery and Proposed Order.

1.      This Court has ordered two stays of discovery so that the Parties could engage in

structured settlement discussions.   The first order (ECF No. 52, hereinafter the "First Order")

included a December 10, 2025, deadline by which the Plaintiffs were to make a written settlement offer and December 22, 2025, deadline by which Defendants were to give a response or counteroffer

2.    The Parties exchanged the settlement offers as contemplated by the Order. Specifically, Plaintiffs served a detailed, four-page written settlement offer on December 10, 2025; Defendants served a detailed, three-page written counteroffer on December 23, 2025; and Plaintiffs provided a new, five-page written settlement offer on February 12, 2026.  The Parties also conferred telephonically to discuss settlement on December 22, 2025, and January 20, 2026.

3.    The parties thereafter sought (ECF No. 53) and this Court granted (ECF No. 54) a second stay to facilitate structed settlement discussions (the "Second Order").

4.    The Second Order required that the Defendants undertake their best efforts to communicate their decision as to Plaintiffs' February 12, 2026, written settlement offer, including any counteroffer, in writing within fourteen (14) days.

5.    The Defendants served a detailed, four-page written counteroffer on March 27, 2026.

6.    The Second Order also provided for the parties to submit the dispute to a professional mediator.

7.    The Parties also conferred telephonically to discuss settlement on March 16, 2026, April 1, 2026, and May 11, 2026. Defendants were unwilling to enter to into another stipulation to stay without having first received a counteroffer from Plaintiffs.

8.    Plaintiffs provided a written counteroffer on May 21, 2026, one day after the end of the second stay. This offer reflected a substantial step towards possible resolution. Therefore, the parties believe there is good cause for another stay and for the delay in seeking such a stay.

9.    Plaintiff Takenobu Matsugishi was 73 years old at the time he filed the Second Amended Complaint, resides in Japan, and, according to the Complaint, does not speak English (*see* ECF No. 41, ¶¶ 17, 24). He has suffered a decline in his health since the time the Court's First Order issued and that decline has continued during the stay effected by the Second Order.  At times this has meant that the only communication between the Plaintiffs and their counsel has been

2

through posted mail. These conditions have slowed Plaintiffs' ability to exchange offers and to receive direction from Plaintiffs.

10.     Accordingly, and for good cause appearing, the Parties agree to an additional stay of the discovery and pre-trial deadlines in the Scheduling Order from May 26, 2026, to Monday, July 27, 2026 (62 days) (the "Stay").

11.     In addition to their settlement efforts, the Parties have proceeded in good faith by exchanging Rule 26 initial disclosures, written discovery requests (including interrogatories, requests for admission, and requests for production of documents), Defendants have also responded to written discovery and produced numerous documents.

12.     Having conducted substantial fact investigation, the Parties would like to continue exploring the possible resolution of this matter.

13.     The Parties believe they are close to a settlement in principle; the exchanged offers from both sides are converging toward a middle point that may be acceptable. If the parties achieve such an agreement, they will immediately notify the Court.

14.     In the interim, either Party may terminate these settlement negotiations at any time by providing written notice of termination of settlement negotiations ("Termination Notice"). If the Parties cannot resolve the matter by the end of the Stay, or if either Party serves the other with a Termination Notice, the Parties agree to file a Second Amended Joint Case Conference Report and Proposed Scheduling Order modifying discovery and pre-trial deadlines with the Court within ten (10) days of the end of the Stay or service of the Termination Notice, whichever comes first.

15.     Additionally, Plaintiffs' outstanding discovery responses to Defendants' discovery requests will be due within fourteen (14) days of the end of the Stay or service of the Termination Notice, whichever comes first.

. . .

. . .

. . .

. . .

. . .

3

16.    The foregoing request is made in good faith and not for purposes of delay.

Dated this 27th day of May, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: /s/John E. Bragonje
    John E. Bragonje (NSBN 9519)
    Anona Su (NSBN 16140)
    8488 Rozita Lee Avenue
    Suite 400
    Las Vegas, NV 89113
    Telephone: (702) 474-2625
    John.Bragonje@wbd-us.com
    Anona.Su@wbd-us.com

CLARK HILL

    E. Leif Reid (NSBN 5750)
    1700 Pavilion Center Dr.
    Suite 500
    Las Vegas, NV 89135
    Tel: (702) 697-7523
    lreid@clarkhill.com

*Attorneys for Plaintiffs*

Dated this 27th day of May, 2026.

PARSONS BEHLE & LATIMER

By: /s/Sarah Ferguson
    Michael R. Kealy (NSBN 0971)
    Sarah Ferguson (NSBN 14515)
    50 West Liberty Street, Suite 750
    Reno, Nevada 89501
    Tel: (775) 323-1601
    mkealy@parsonsbehle.com
    sferguson@parsonsbehle.com

*Attorneys for Defendants*

**IT IS FURTHER ORDERED** that if the parties do not settle they shall file by **August 10, 2026**, an amended stipulated discovery plan and scheduling order with new deadlines.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  May 29, 2026

4