womblebonddickinson.com
WOMBLE BOND DICKINSON

John E. Bragonje (NSBN 9519)
Anona Su (NSBN 16140)
WOMBLE BOND DICKINSON US LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2625
Email: John.Bragonje@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TAKENOBU MATSUGISHI, an individual; HITOMI MATSUGISHI, an individual,

Plaintiffs,

vs.

PETER CHEN, an individual; JAMES YUH-TYNG CHEN, as an individual and as the trustee of BV TRUST; Hb5 HOLDINGS, LLC, a Delaware limited liability company; and BELL VENTURES, INC., a Nevada corporation, inclusive,

Defendants.

Case No. 2:24-cv-01840-JAD-MDC

**FOURTH STIPULATION TO STAY DISCOVERY AND ORDER**

Plaintiffs Takenobu Matsugishi and Hitomi Matsugishi (collectively, "Plaintiffs") and Defendants Peter Chen, James Chen (as an individual and as the trustee of Bellair Way BV Trust), Hb5 Holdings, LLC, and Bell Ventures, Inc. (collectively, "Defendants") (each a "Party" and collectively, the "Parties"), by and through their undersigned counsel of record, respectfully submit this Joint Fourth Request for Stay.

1. The Parties continue to make good progress in their settlement negotiations and are actively working together toward resolution of the dispute.

2. Plaintiff Takenobu Matsugishi was 73 years old at the time he filed the Second Amended Complaint, resides in Japan, and according to the Complaint does not speak English (*see*

ECF No. 41, ¶¶ 17, 24). He has suffered a decline in his health. At times this has meant that the only communication between the Plaintiffs and their counsel has been through posted mail. These conditions have slowed Plaintiffs' ability to exchange offers.

3. After consulting with their advisors regarding the federal and state income tax implications of a potential settlement, Defendants served a detailed, written settlement offer on July 18, 2026. The offer proposed three alternative approaches to one particular aspect of the dispute.

4. Plaintiffs are presently evaluating the three proposed alternatives to determine which option should form the basis of a final settlement agreement.

5. Once the Parties reach agreement on this remaining issue, they will require additional time to draft a comprehensive written settlement agreement.

6. The Parties are confident that a settlement is imminent and that it will be unnecessary to conduct further discovery or proceed to trial.

7. Based on the foregoing, the Parties respectfully request a sixty (60) day extension of the current deadline of August 10, 2026 to submit a revised scheduling order, to file an amended stipulated discovery plan and scheduling order with new deadlines, extending that deadline to October 9, 2026, to allow the Parties to finalize the settlement.

8. The Parties acknowledge and appreciate that this would constitute the fourth extension granted by the Court in this matter. (*See* ECF Nos. 52, 54, 56.) The Parties are grateful for the Court's patience and continued accommodation of their efforts to resolve this dispute without the need for further litigation.

9. In light of the number of extensions requested, the Parties respectfully offer to appear for a status conference at the Court's convenience, should the Court wish to address the matter further.

10. The foregoing request is made in good faith and not for purposes of delay.

. . .

. . .

. . .

. . .

11. The Parties respectfully request that the Court grant a sixty (60) day extension of the current August 10, 2026 deadline, extending the deadline to approximately October 9, 2026, to allow the Parties to finalize their settlement agreement and, if a settlement is reached, to notify the Court and seek dismissal of this action.

Dated this 6th day of August, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ John E. Bragonje*
John E. Bragonje (NSBN 9519)
Anona Su (NSBN 16140)
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113
Telephone: (702) 474-2625
John.Bragonje@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Plaintiffs*

Dated this 6th day of August, 2026.

PARSONS BEHLE & LATIMER

By: */s/ Sarah Ferguson*
Michael R. Kealy (NSBN 0971)
Sarah Ferguson (NSBN 14515)
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Tel: (775) 323-1601
mkealy@parsonsbehle.com
sferguson@parsonsbehle.com

*Attorneys for Defendants*

The parties shall file dismissal papers or an amended discovery plan and scheduling order by **October 9, 2026**.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2026



4911-3406-9445.v1