**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Takenobu Matsugishi, *et al.*,<br>Plaintiffs,<br><br>vs.<br>Peter Chen, *et al.*,<br>Defendants. | Case No. 2:24-cv-01840-JAD-MDC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (ECF NO. 57)** |

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 57) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

E. Leif Reid, Esq. and Kristen L. Martini, Esq., from Clark Hill PLC requests to withdraw as counsel for plaintiffs. *ECF No. 57*. Mr. Reid and Ms. Martini state that they can no longer represent plaintiffs in this matter and that John Bragonje, Esq. from Womble Bond Dickinson will continue representing plaintiffs. *Id.* The Motion was also electronically served to the parties in this matter (*see id.* at 3) and no opposition was filed. For good cause shown and because the request to withdraw is unopposed, the Motion is therefore granted.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw as Attorney* (ECF No. 57) is **GRANTED**.
2. E. Leif Reid, Esq. and Kristen L. Martini, Esq., from Clark Hill PLC shall be terminated as counsel of record for plaintiffs and be removed from CM/ECF service in this matter.

DATED: August 21, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge